IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Terry Jerome Smith, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 6:09-cv-3281-TLW-KFM |
| | ) | |
| Dawn Wilson, Debra Tatum, | ) | |
| Debra Hipp, Leesa NLN, Tina NLN, | ) | |
| Lana NLN, and Cassandara Jean, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

Plaintiff, Terry Jerome Smith ("plaintiff"), brought this civil action, pro se, pursuant to 42

U.S.C. § 1983 on December 29, 2009. (Doc. #1). The plaintiff filed a supplemental pleading on

March 2, 2010. (Doc. # 24). The defendants filed a motion for summary judgment on May 28, 2010

(Doc. # 43), and an Order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975) was issued

(Doc. # 46). On June 9, 2010, the plaintiff filed a response to the defendants' summary judgment

motion. (Doc. # 49).

This matter now comes before this Court for review of the Report and Recommendation ("the

Report") filed by United States Magistrate Judge Kevin F. McDonald to whom this case had

previously been assigned. (Doc. # 53). In the Report, the Magistrate Judge recommends that the

District Court grant the defendants' motion for summary judgment. (Doc. # 53). The plaintiff filed

objections to the report. (Doc. # 55). In conducting this review, the Court applies the following

standard:

> The magistrate judge makes only a recommendation to the Court, to which any party
> may file written objections . . . . The Court is not bound by the recommendation of

> the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a <u>de novo</u> determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a <u>de novo</u> or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

<u>Wallace v. Housing Auth. of the City of Columbia</u>, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of the standard set forth in <u>Wallace</u>, the Court has reviewed, <u>de novo</u>, the Report and the objections. After careful review of the Report and objections thereto, the Court **ACCEPTS** the Report. (Doc. # 53). Therefore, for the reasons articulated by the Magistrate Judge, the defendants' motion for summary judgment (Doc. # 43) is **GRANTED**.

**IT IS SO ORDERED**.

   s/Terry L. Wooten    <br>
United States District Judge

February 25, 2011
Florence, South Carolina